**Electronically Filed
Supreme Court
SCWC-18-0000138
16-MAR-2023
03:39 PM
Dkt. 63 ODAC**

SCWC-18-0000138

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ANNETTE M. KELEPOLO,
Petitioner/Plaintiff-Counterclaim Defendant/Appellee,

vs.

GRACIANO KEHOPU FERNANDEZ, NANCY FERNANDEZ, GRACE LYN W.
FERNANDEZ-CHRISHOLM, DAMIEN K. KAINA, JR., FRANK I. KAINA,
JOSEPH T. KAINA, PATRICK KAINA, and TAMARA SMITH-KAUKINI,
Respondents/Defendants-Counterclaimants/Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000138; Case No. 2CC161000453)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ., Circuit Chief Judge
Browning in place of Nakayama, J., recused, and Circuit Judge Chang
in place of Wilson, J., recused)

The application for writ of certiorari filed on January 23,

2023, by Petitioner/Plaintiff-Counterclaim Defendant/Appellee

Annette M. Kelepolo is hereby rejected.

DATED:  Honolulu, Hawai'i, March 16, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ R. Mark Browning

/s/ Gary W.B. Chang

